IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE AUGUSTA SHERARD, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO. 21-CV-1669
     :
ALLSTATE INSURANCE COMPANY, :
    Defendant. :

## ORDER

**AND NOW**, this 7th day of June, 2021, upon consideration of Plaintiff Tyrone Augusta Sherard's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction for the reasons in the accompanying Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

        **BY THE COURT:**

        */s/ Mitchell S. Goldberg*
        **MITCHELL S. GOLDBERG, J.**